IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Kelvin Brown, | ) | |
| | ) | Case No. 7:17-cv-02908-DCC-KFM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| IAC Spartanburg, Inc., | ) | |
| | ) | |
| Defendant | ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff in the above-captioned case, by and through the undersigned counsel, hereby dismisses this case with prejudice. Defendant consents to this dismissal with prejudice. The parties agree to bear their own respective costs.

| WE SO MOVE: | WE CONSENT: |
|---|---|
| HUGHEY LAW FIRM, LLC | MCANGUS GOUDELOCK & COURIE, LLC |
| *s/A. Stuart Hudson*_____ | *s/Amy Y. Jenkins*_____ |
| A. Stuart Hudson, Esquire | Amy Y. Jenkins, Fed. ID #6858 |
| D. Nathan Hughey, Esquire | Jonathan G. Lane, Fed. ID #12167 |
| Bradley H. Banyas, Esquire | 735 Johnnie Dodds Blvd., Suite 200 (29464) |
| 1311 Chuck Dawley Blvd., Suite 201 | Post Office Box 650007 |
| Post Office Box 348 | Mt. Pleasant, SC  29465 |
| Mount Pleasant, South Carolina 29464 | (843) 576-2900 |
| (843) 881-8644 | Email:  amy.jenkins@mgclaw.com |
| Email:  stuart@hugheylawfirm.com | Email:  jonathan.lane@mgclaw.com |
| Email:  nate@hugheylawfirm.com | **ATTORNEYS FOR DEFENDANT** |
| Email:  brad@hugheylawfirm.com | |
| **ATTORNEYS FOR PLAINTIFF** | |

June 21, 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Kelvin Brown,               )<br>                                           )<br>            Plaintiff,           )<br>                                           )<br>                                           )<br>        vs.                          )<br>                                           )<br>                                           )<br>IAC Spartanburg, Inc.,    )<br>                                           )<br>            Defendant       ) | Case No. 7:17-cv-02908-DCC-KFM<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on the 21st day of June, 2018, I electronically filed the foregoing ***Stipulation Of Dismissal With Prejudice*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> A.  Stuart Hudson, Esquire
> D. Nathan Hughey, Esquire
> Bradley H. Banyas, Esquire
> Hughey Law Firm, LLC
> 1311 Chuck Dawley Blvd., Suite 201
> Post Office Box 348
> Mount Pleasant, South Carolina 29464
> (843) 881-8644
> Email:  stuart@hugheylawfirm.com
> Email:  nate@hugheylawfirm.com
> Email:  brad@hugheylawfirm.com
> ***ATTORNEYS FOR PLAINTIFF***

> McANGUS GOUDELOCK & COURIE, L.L.C.
>
> *s/Amy Y. Jenkins*
> Amy Y. Jenkins, Federal ID #6858
> Jonathan G. Lane, Federal ID # 12167
> 735 Johnnie Dodds Blvd, Suite 200 (29464)
> Post Office Box 650007
> Mt. Pleasant, South Carolina 29465
> (843) 576-2900
> Email:  amy.jenkins@mgclaw.com
> Email:  jonathan.lane@mgclaw.com
>
> ATTORNEYS FOR DEFENDANT

2